UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME NORMAN SCOTT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT NEUSCHMID, WARDEN,<br><br>　　　　Respondent. | No. EDCV 19-1733 JAK (FFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: <u>October 18, 2019</u>

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　United States District Judge